### 21ST JUDICIAL DISTRICT COURT FOR THE PARISH OF LIVINGSTON

### STATE OF LOUISIANA

NO. 167809                                                                        DIVISION "B"

### WILLIAM OLLER

### VERSUS

### HARBOR FREIGHT TOOLS USA, INC.

FILED: _____     _____
                                   DEPUTY CLERK

### PETITION FOR DAMAGES

The petition of **WILLIAM OLLER**, a person of the full age of majority and domiciled in the Parish of St. Tangipahoa, State of Louisiana, with respect represent:

1.

The following are made defendants herein:

(a)  **HARBOR FREIGHT TOOLS USA, INC**, a foreign company domiciled in Delaware authorized to do and doing business in this Parish and State with its principal place of business in this State being St. Tammany Parish.

2.

The above-named defendant is liable unto petitioner for the following, to wit:

3.

On or about June 14, 2020, petitioner, **WILLIAM OLLER**, was using his Pittsburgh Automotive 1.5-ton car jack that was manufactured by **HARBOR FREIGHT TOOLS USA, INC** in a reasonably foreseeable manner to work on a 2003 Kia Spectre at a friend's house in Springfield, Louisiana. Due to this defective and malfunctioning car jack, the car motor fell on petitioner, **WILLIAM OLLER**, causing him to sustain serious injuries as a result.

4.

The aforementioned injuries and damages were caused solely by the defective product and the negligence of defendant, **HARBOR FREIGHT TOOLS USA, INC**. The defendant was negligent and the product was defective in the following non-exclusive particulars:

(a)   In manufacturing, selling or otherwise transferring a product that was unreasonably dangerous in construction or composition;

(b)   In manufacturing, selling or otherwise transferring a product that was defective and/or unreasonably dangerous in design;

(c)   Failure to remedy or recall a faulty product;



EXHIBIT A

    (d)    Failure to conform to expressed warning;

    (e)    Failure to adequately warn;

    (f)    The jack in question was defective and unreasonably dangerous under the Louisiana Products Liability Act; and

    (g)    Any and all other acts of negligence which may be proven at the time of the trial of this matter.

That no action or inaction on the part of the petitioner caused or contributed to the happening of the incident aforesaid.

5.

As a result of the aforementioned incident, petitioner **WILLIAM OLLER**, sustained serious injuries to his left hand, thumb, and other parts of his body as well as other damages itemized herein below.

6.

Based on the foregoing, the petitioner, **WILLIAM OLLER**, avers that he sustained the following non-exclusive damages:

    (a)    Past, present and future pain and suffering;

    (b)    Past, present and future medical expenses;

    (c)    Past, present and future mental anguish;

    (d)    Past, present and future loss wages;

    (e)    Loss of enjoyment of life;

    (f)    Loss of earning capacity; and

    (g)    Permanent disability.

7.

Defendant, **HARBOR FREIGHT TOOLS USA, INC**, are responsible for the actions and/or inactions of its agents and employees by doctrine of respondent superior and should respond in monetary damages.

8.

The petitioner also avers that the doctrine of *res ipsa loquitur* applies in this case in further support of his claims against the defendant.

WHEREFORE, petitioner, WILLIAM OLLER, prays that the defendant, HARBOR FREIGHT TOOLS USA, INC, be duly served and cited to appear and answer this petition, that after all due proceedings are had, there be judgment in their favor and against the defendant, HARBOR FREIGHT TOOLS USA, INC, for such damages as are reasonable in the premises, together with legal interest thereon from the date of judicial demand until paid; for all costs of these proceedings; for all general and equitable relief.

Respectfully Submitted,

Chehardy, Sherman, Williams, Murray, Recile, Stakelum & Hayes, LLP

GEORGE B. RECILE (#11414)
JONATHAN M. LEE (#38814)
One Galleria Boulevard, Suite 1100
Metairie, Louisiana 70001
Telephone: (504) 833-5600
Facsimile: (504) 437-1650

AND

**Law Offices of Sam J. Dileo, Jr. & Associates**
SAMUEL J. DILEO, JR.
1250 SW Railroad Avenue, Suite 100B
Hammond, LA 70404
Telephone: 985-345-0570
Facsimile: 985-542-7014

PLEASE SERVE:

**HARBOR FREIGHT TOOLS USA, INC**
through its registered agent for service of process
Corporate Creations Network, Inc.
1070-B West Causeway Approach
Mandeville, Louisiana 70471